ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona

M. BRIDGET MINDER
Assistant U.S. Attorney
Arizona State Bar No. 23356
Email: mary.minder@usdoj.gov

Two Renaissance Square
40 N. Central Ave., Suite 1200
Phoenix, Arizona  85004
Telephone:  602-514-7500
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | NO.  CR-17-00431-PHX-DLR |
|---|---|
| Plaintiff, | **GOVERNMENT'S SENTENCING MEMORANDUM** |
| vs. | |
| Timothy Richard Woods, | |
| Defendant. | |

The Presentence Investigation Report (PSR, doc. 22) recommends a sentence of five years' probation. The government agrees with that recommendation. The government believes that a sentence of probation is sufficient to comply with the factors set forth in 18 U.S.C. § 3553(a), appropriately balances defendant's positive attributes with the seriousness of the offense, and adequately addresses public policy concerns.

As detailed in the PSR, the defendant served this country as a U.S. Marine for five years, attaining the rank of sergeant, and was honorably discharged in 2001. PSR ¶ 49; *see also* U.S.S.G. § 5H1.11 (military service may be relevant in determining whether departure is warranted). It appears defendant had a difficult transition to back to civilian life and he continues to suffer from PTSD, OCD, and adjustment disorder. PSR ¶ 41. Defendant also suffered a serious head injury shortly after his discharge. PSR ¶ 40. Despite those

problems, defendant was able to maintain employment and had only limited contact with law enforcement. PSR ¶¶ 25-31, 48-43.  Defendant now has an appropriate job for his skill set, is attending church, and is actively involved with his children. PSR ¶ 34-37, 44.  Even before this investigation began, defendant had filed some of the missing tax returns.  In addition, defendant cooperated in the investigation of this matter and agreed to a pre-indictment resolution, thereby saving significant government resources.

In contrast to his positive attributes, however, defendant's offense is serious.  As a general matter, tax offenses are serious offenses. *See* U.S.S.G. § 2T1.1, background ("Tax offenses, in and of themselves, are serious offenses.").  "The criminal tax laws are designed to protect the public interest in preserving the integrity of the nation's tax system.  Criminal tax prosecutions serve to punish the violator and promote respect for the tax laws." U.S.S.G., Ch. 2, Part T, introductory commentary.  Defendant's specific offense was not technical or minor.  He evaded the payment of a significant amount of taxes over the course of multiple years.

In light of defendant's history and characteristics, and considering the circumstances of his offense, the government believes that the public policy factors set forth in 18 U.S.C. § 3553(a)(2) are adequately addressed by a sentence of five years' probation.  Protection of the public and specific deterrence are not significant concerns in this case as defendant is not likely to commit another offense.  Further, a sentence of five years' probation promotes respect for the law and provides just punishment.  During that time, defendant will be supervised by the Probation Office and must file tax returns and pay taxes, maintain employment, and pay restitution.  He also will be subject to home confinement (curfew) for 90 days.

For all of these reasons, the government requests the Court sentence defendant to

//

//

//

//

- 3 -

five years' probation and order restitution to the IRS in the amount of $350,237.32.

Respectfully submitted this 12th day of June, 2017.

ELIZABETH A. STRANGE<br>
Acting United States Attorney<br>
District of Arizona<br>
<br>
<i>s/Mary Bridget Minder</i><br>
M. BRIDGET MINDER<br>
Assistant U.S. Attorney

**Certificate of Service**

I hereby certify that on this date, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:  Michael Morrissey

*s/Gaynell Smith*
U.S. Attorney's Office