**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| **United States of America**<br><br>v.<br><br>**Timothy Richard Woods** | **JUDGMENT IN A CRIMINAL CASE**<br>(For Offenses Committed On or After November 1, 1987)<br><br>**No.  CR-17-00431-001-PHX-DLR**<br><br>Michael Thomas Morrissey (Retained)<br>Attorney for Defendant |

USM#: 72726-408

**THE DEFENDANT ENTERED A PLEA OF** guilty on March 27, 2017, to the Information.

**ACCORDINGLY, THE COURT HAS ADJUDICATED THAT THE DEFENDANT IS GUILTY OF THE FOLLOWING OFFENSE(S):** violating Title 26, U.S.C. §7201, Tax Evasion, a Class D Felony offense, as charged in the Information.

**IT IS THE JUDGMENT OF THIS COURT THAT** the defendant is hereby placed on **PROBATION** for a term of **FIVE (5) YEARS**. The defendant shall report to the probation office within 72 hours of sentencing.

**CRIMINAL MONETARY PENALTIES**

The defendant shall pay to the Clerk the following total criminal monetary penalties:

**SPECIAL ASSESSMENT:** $100.00     **FINE:** WAIVED     **RESTITUTION:** $350,237.32

The defendant shall pay a special assessment of $100.00 which shall be due immediately.

The Court finds the defendant does not have the ability to pay a fine and orders the fine waived.

The defendant shall pay restitution to the following victim(s) in the following amount(s):
Internal Revenue Service (IRS), in the amount of $350,237.32 for tax years 2007 through 2013 as detailed below:

| Tax Year: | Tax Due and Owing: |
|---|---|
| 2007 | $ 86,984.98 |
| 2008 | $ 70,970.00 |
| 2009 | $ 11,077.00 |
| 2010 | $ 83,796.00 |
| 2011 | $ 60,487.00 |
| 2012 | $ 15,495.00 |
| 2013 | $ 21,427.37 |

Case 2:17-cr-00431-DLR   Document 27   Filed 06/20/17   Page 2 of 5

CR-17-00431-001-PHX-DLR                                                          Page 2 of 5
USA vs. Timothy Richard Woods

The defendant shall pay a total of $350,337.32 in criminal monetary penalties, due immediately. Having assessed the defendant's ability to pay, payments of the total criminal monetary penalties are due as follows: Balance is due in equal monthly installments of $250.00 over a period of 60 months, with a final payment of $335,337.32, to commence from the day of sentencing.

Any unpaid balance shall become a condition of supervision and shall be paid within 90 days prior to the expiration of supervision. Until all restitutions, fines, special assessments and costs are fully paid, the defendant shall immediately notify the Clerk, U.S. District Court, of any change in name and address. The Court hereby waives the imposition of interest and penalties on any unpaid balances.

It is the order of the Court that, pursuant to General Order 16-23, which incorporates the requirements of USSG §§5B1.3 and 5D1.2, you shall comply with the following conditions:

### MANDATORY CONDITIONS

1)  You must not commit another federal, state or local crime.
2)  You must not unlawfully possess a controlled substance. The use or possession of marijuana, even with a physician's certification, is not permitted.
3)  You must refrain from any unlawful use of a controlled substance. The use or possession of marijuana, even with a physician's certification, is not permitted. Unless suspended by the Court, you must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

### STANDARD CONDITIONS

1)  You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of sentencing or your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2)  After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3)  You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4)  You must answer truthfully the questions asked by your probation officer.
5)  You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

Case 2:17-cr-00431-DLR   Document 27   Filed 06/20/17   Page 3 of 5

CR-17-00431-001-PHX-DLR                                                                                          Page 3 of 5
USA vs. Timothy Richard Woods

6)  You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.

7)  You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so.  If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

8)  You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.

9)  If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.

10) You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).

11) You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.

12) If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.

13) You must follow the instructions of the probation officer related to the conditions of supervision.

## SPECIAL CONDITIONS

The following special conditions are in addition to the conditions of supervised release or supersede any related standard condition:

1)  You shall provide all financial documentation requested by the probation office.
2)  You are prohibited from making major purchases, incurring new financial obligations, or entering into any financial contracts exceeding $1,000 without the prior approval of the probation officer.

Case 2:17-cr-00431-DLR   Document 27   Filed 06/20/17   Page 4 of 5

CR-17-00431-001-PHX-DLR                                                                 Page 4 of 5
USA vs. Timothy Richard Woods

3) You shall cooperate with the Internal Revenue Service and pay all tax liabilities. You shall file timely, accurate and lawful income tax returns and provide proof to the probation officer.

4) The defendant shall file federal and state individual income tax returns for tax years 2014 and 2015, and for all tax years thereafter, or enter into closing agreements with federal and state taxing authorities for those years. If necessary, he shall amend his federal and state individual income tax returns for tax years 2007-2013, or enter into closing agreements with federal andstate taxing authorities for those years.

5) You shall submit your person, property, house, residence, vehicle, papers, or office, to a search conducted by a probation officer. Failure to submit to a search may be grounds for revocation of release. You shall warn any other occupants that the premises may be subject to searches pursuant to this condition.

6) You shall participate in a Home Confinement Program without electronic monitoring under the sanction of curfew for a period of 90 days.

**THE COURT FINDS** that you have been sentenced in accordance with the terms of the plea agreement and that you have waived your right to appeal and to collaterally attack this matter. The waiver has been knowingly and voluntarily made with a factual basis and with an understanding of the consequences of the waiver.

The Court may change the conditions of probation or supervised release or extend the term of supervision, if less than the authorized maximum, at any time during the period of probation or supervised release. The Court may issue a warrant and revoke the original or any subsequent sentence for a violation occurring during the period of probation or supervised release.

Date of Imposition of Sentence:  **Monday, June 19, 2017**

Dated this 19th day of June, 2017.

_____
Douglas L. Rayes
United States District Judge

Case 2:17-cr-00431-DLR   Document 27   Filed 06/20/17   Page 5 of 5

CR-17-00431-001-PHX-DLR                                                    Page 5 of 5
USA vs. Timothy Richard Woods

**RETURN**

I have executed this Judgment as follows:

defendant delivered on _____ to _____ at _____ , the institution designated by the Bureau of Prisons with a certified copy of this judgment in a Criminal case.

United States Marshal                                   By:      Deputy Marshal

CR-17-00431-001-PHX-DLR - Woods        6/19/2017 - 2:53 PM